WILLIAM B. DAVENPORT, as Administrator of the Estate of PATRICK V. HICKEY, Deceased, Appellant, *v.* WILLIAM ANGELO, Individually and as Assignee of AGNES K. HICKEY, et al., Respondents.

*Davenport* v. *Angelo,* 83 App. Div. 636, affirmed.
(Argued December 4, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 20, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Roger S. Baldwin* and *Theron G. Strong* for appellant.

*Louis H. Hall, Henry B. Twombly* and *John R. Kuhn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.